NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KENNETH P. BEYERS,**
*Petitioner,*

**v.**

**DEPARTMENT OF STATE,**
*Respondent.*

———————————

2014-3071

———————————

Petition for review of the Merit Systems Protection Board in No. DC-3330-11-0538-M-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Kenneth P. Beyers moves for a 14-day extension of time, until May 15, 2014, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                               BEYERS v. STATE


FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court


s27